THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRITTS, *et al.*,<br><br>Defendants. | CASE NO. C23-1468-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to dismiss (Dkt. No. 34) and Plaintiff's First Amended Complaint ("FAC") (Dkt. No. 35). The FAC was timely filed pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). As a result, Plaintiff's original complaint, upon which Defendant's motion to dismiss is based, is now superseded. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). The Court, therefore, STRIKES the motion to dismiss (Dkt. No. 34) as moot.

//

//

//

DATED this 27th day of November 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/*Samantha Spraker*</u>
Deputy Clerk
