THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC, | CASE NO. C23-1468-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES FRITTS and RI INSURANCE SERVICES, LLC, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the briefing schedule and word limits (Dkt. No. 37). The Court has previously granted the parties' motion to file overlength briefs in this case. (*See* Dkt. No. 27.) Since then, Plaintiff filed an Amended Complaint which includes two additional causes of action. (*See* Dkt. No. 35.) Finding an additional expansion to the word limits unnecessary, at least based upon the amendment, the Court sets the following briefing schedule:

- Defendants shall file a brief in support of the Motion to Dismiss on or before December 22, 2023, which shall not exceed 12,000 words;

MINUTE ORDER
C23-1468-JCC
PAGE - 1

- Plaintiff shall file an answering brief in opposition to the Motion to Dismiss on or before January 19, 2024, which shall not exceed 12,000 words;
- Defendants shall file a reply brief in further support of the Motion to Dismiss on or before February 2, 2024, which shall not exceed 6,000 words.

DATED this 7th day of December 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk

MINUTE ORDER
C23-1468-JCC
PAGE - 2