# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

PCF INSURANCE SERVICES OF THE WEST LLC,

                Plaintiff(s),

v.

JAMES FRITTS et al.,

                Defendant(s).

CASE NO. 2:23−cv−01468−JCC

CIVIL TRIAL SCHEDULING ORDER

Pursuant to the parties' joint status report, the Court hereby sets this case for trial and orders the following case management schedule:

Bench Trial is set for June 23, 2025 at 09:30 AM in Courtroom 16206 before U.S. District Judge John C. Coughenour. Pleading amendment/3rd pty action due by April 22, 2024, Discovery completed by February 24, 2025, 39.1 mediation to be completed by March 10, 2025, Dispositive motions due by March 25, 2025, Motions in Limine due by June 13, 2025, Pretrial Order due by June 13, 2025, Trial briefs to be submitted by June 20, 2025. All discovery, including expert disclosures and all fact and expert depositions, must be completed by the discovery cutoff date.

The parties must review and abide by the Court's Chambers Procedures, located at https://www.wawd.uscourts.gov/judges/coughenour−procedures which contain additional requirements and pretrial deadlines.

Counsel are advised that this case is one of several cases set for the week described

CIVIL TRIAL SCHEDULING ORDER – Page 1

1 above. Counsel must be prepared to commence trial as scheduled but also be aware that
2 the trial may have to be continued. Counsel are directed to contact Courtroom Deputy
3 Kadya Peter at kadya_peter@wawd.uscourts.gov two to four weeks in advance of
4 the trial date to inquire about the Court's calendar.
5    Counsel must attend Courtroom Technology Training at least one month in
6 advance of the trial to become familiar with the new A/V equipment now available in
7 the courtroom. Contact the Courtroom Deputy to schedule an in−person training and
8 technology check session.
9    DATED the 22nd of January 2024.

            John C. Coughenour
            UNITED STATES DISTRICT JUDGE