THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JAMES FRITTS and RI INSURANCE SERVICES, LLC,<br><br>　　　　　　　Defendants. | CASE NO. C23-1468-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motion to modify the briefing schedule (Dkt. No. 59). Finding good cause, the Court sets the following briefing schedule:

- Defendants shall file a motion to dismiss the Second Amended Complaint on or before May 30, 2024;
- Plaintiff shall file an opposition brief on or before July 1, 2024;
- Defendants shall file a reply brief on or before July 12, 2024.

//

//

MINUTE ORDER
C23-1468-JCC
PAGE - 1

DATED this 14th day of May 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
