THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC,<br><br>                    Plaintiff,<br>    v.<br><br>JAMES FRITTS and RI INSURANCE SERVICES, LLC,<br><br>                    Defendants. | CASE NO. C23-1468-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the briefing schedule and word limits (Dkt. No. 68). Finding good cause, the Court sets the following briefing schedule:

- Plaintiff shall file a single, omnibus motion to compel and Defendants shall collectively file a single, omnibus motion to compel on or before **July 8, 2024**. Each omnibus motion to compel shall not exceed **12,000 words**.
- Plaintiff shall file a single opposition to Defendants' omnibus motion to compel and Defendants shall collectively file a single opposition to Plaintiff's omnibus

motion to compel on or before **July 24, 2024**. Each opposition shall not exceed **12,000 words**.

- Plaintiff shall file a single reply in further support of its omnibus motion to compel and Defendants shall collectively file a single reply in further support of their omnibus motion to compel on or before **July 31, 2024**. Each reply shall not exceed **6,000 words**.
- The motions shall be noted for **July 31, 2024**.

DATED this 27th day of June 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER  
C23-1468-JCC  
PAGE - 2