THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JAMES FRITTS and RI INSURANCE SERVICES, LLC, <br><br> Defendants. | CASE NO. C23-1468-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Currently before the Court are motions to dismiss (Dkt. No. 61), quash a subpoena (Dkt. No. 72), compel production of certain documents (Dkt. Nos. 74, 77), and seal (Dkt. No. 76). To promote judicial efficiency, all pending motions are RENOTED for July 31, 2024. The parties' response and reply briefs remain due according to the original noting dates. *See* LCR 7(d)(3).

//

//

//

MINUTE ORDER
C23-1468-JCC
PAGE - 1

1   DATED this 26th day of July 2024.

2

3                                       Ravi Subramanian
                                        Clerk of Court

4
                                        s/Kathleen Albert
5                                       Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C23-1468-JCC
PAGE - 2