The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRITTS AND RI INSURANCE SERVICES, LLC,<br><br>Defendants. | CASE NO. 23-cv-01468 JCC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL<br><br>Noted for: July 31, 2024 |

The Court, having received and reviewed Plaintiff's Motion to Seal (the "Motion"), any Response to the Motion, any Reply supporting the Motion, all materials sought to be sealed,

HEREBY FINDS, CONCLUDES, and ORDERS that:

Plaintiff's Motion to Seal is therefore GRANTED.  Plaintiff's Omnibus Motion to Compel and Exhibits 11, 27, 31, 33, 35, 36, 37, 38, 39, 40 and 43 to the Declaration of Cliff C. Gardner in Support of Plaintiff's Omnibus Motion to Compel shall be maintained under seal.

IT IS SO ORDERED.

Dated: August 23, 2024

*[signature: John C. Coughenour]*

The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
   Mark S. Parris (WSBA No. 13870)
   mparris@orrick.com
   Bryn R. Pallesen (WSBA No. 57714)
   bryn.pallesen@orrick.com
   401 Union Street, Suite 3300
   Seattle, WA  98101
   Telephone:  +1 206 839 4300
   Facsimile:  +1 206 839 4301

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *s/Cliff C. Gardner*
   Cliff C. Gardner (*Pro Hac Vice*)
   cliff.gardner@skadden.com
   Paul J. Lockwood (*Pro Hac Vice*)
   paul.lockwood@skadden.com
   Elisa M.C. Klein (*Pro Hac Vice*)
   elisa.klein@skadden.com
   Matthew P. Majarian (*Pro Hac Vice*)
   matthew.majarian@skadden.com
   One Rodney Square
   920 N. King Street
   Wilmington, DE 19801
   Telephone:  +1 302 651 3000
   Facsimile:  +1 302 651 3001

*Attorneys for Plaintiff PCF Insurance Services of the West, LLC*