The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JAMES FRITTS AND RI INSURANCE SERVICES, LLC, <br><br> Defendants. | CASE NO. 23-cv-01468 JCC <br><br> **[PROPOSED]  ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** <br><br> Noted for:  July 31, 2024 |

The Court, having received and reviewed Plaintiff's Motion to Seal (the "Motion"), any Response to the Motion, any Reply supporting the Motion, all materials sought to be sealed,

HEREBY FINDS, CONCLUDES, and ORDERS that:

Plaintiff's Motion to Seal is therefore GRANTED.  Plaintiff's Reply in Further Support of Omnibus Motion to Compel and Exhibits 2, 3, and 4 to the Declaration of Matthew P. Majarian in Support of Plaintiff's Reply in Further Support of Omnibus Motion to Compel shall be maintained under seal.

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING MOTION TO SEAL – 23-cv-01468 JCC

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

1 | Dated: August 23, 2024

*[signature]*

The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
    Mark S. Parris (WSBA No. 13870)
    mparris@orrick.com
    Bryn R. Pallesen (WSBA No. 57714)
    bryn.pallesen@orrick.com
    401 Union Street, Suite 3300
    Seattle, WA  98101
    Telephone:  +1 206 839 4300
    Facsimile:  +1 206 839 4301

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *s/Cliff C. Gardner*
    Cliff C. Gardner (*Pro Hac Vice*)
    cliff.gardner@skadden.com
    Paul J. Lockwood (*Pro Hac Vice*)
    paul.lockwood@skadden.com
    Elisa M.C. Klein (*Pro Hac Vice*)
    elisa.klein@skadden.com
    Matthew P. Majarian (*Pro Hac Vice*)
    matthew.majarian@skadden.com
    One Rodney Square
    920 N. King Street
    Wilmington, DE 19801
    Telephone:  +1 302 651 3000
    Facsimile:  +1 302 651 3001

*Attorneys for Plaintiff PCF Insurance Services of the West, LLC*