THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRITTS and RI INSURANCE SERVICES, LLC,<br><br>Defendants. | CASE NO. C23-1468-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' Stipulated Motion for Order Extending Time to Answer Second Amended Complaint ("SAC") (Dkt. No. 107). Finding good cause, the Court extends the deadline to file an answer to the SAC to **September 16, 2024**, at 12 PM Eastern Time.

DATED this 5th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-1468-JCC
PAGE - 1