The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PCF INSURANCE OF THE WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRITTS, RI INSURANCE SERVICES LLC,<br><br>Defendants.<br><br>-and-<br><br>JAMES FRITTS, RI INSURANCE SERVICES, LLC, a Washington limited liability company, and CHICKEN DINNER INC., a Washington corporation,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>PCF INSURANCE SERVICES OF THE WEST, LLC, a Delaware limited liability company; PCF HOLDCO, LLC, a Delaware limited liability company;<br><br>Counterclaim Defendants. | Case No. 2:23-cv-1468-JCC<br><br>STIPULATED MOTION FOR ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIMS |



Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and 7, Plaintiff/Counterclaim Defendant PCF Insurance Services of the West, LLC ("PCF"), Counterclaim Defendant PCF Holdco LLC ("Holdco" and, together with PCF, "Counterclaim Defendants"), and Defendants/Counterclaim Plaintiffs James Fritts ("Fritts") and RI Insurance Services, LLC ("RI"), and Counterclaim Plaintiff Chicken Dinner Inc. ("Chicken Dinner" and, together with Fritts and RI, "Counterclaim Plaintiffs"), hereby submit this Stipulated Motion for Order Extending Time To Respond To Counterclaims. Good cause for such an order appears as follows:

1. On September 16, 2024, Fritts and RI filed an Answer to the Second Amended Complaint and Counterclaims, adding new parties, including Counterclaim Defendant, PCF Holdco LLC and Counterclaim Plaintiff, Chicken Dinner Inc. The Counterclaims were served on PCF Holdco LLC on September 17, 2024.

2. Given the addition of new parties and the complexity of the claims and issues raised in the Counterclaims, the parties agree that an extension of time for Counterclaim Defendants to answer, move, or otherwise respond is warranted. The parties also agree to extend Counterclaim Plaintiffs' deadlines under Fed. R. Civ. P. 15(a)(1)(B) and Local Rule 7(d).

**STIPULATION**

The undersigned are counsel of record for all Counterclaim Plaintiffs and Counterclaim Defendants (the "Parties"). The Parties hereby stipulate to the following deadlines:

1) Counterclaim Defendants' deadline to respond to the Counterclaims shall be extended until **October 21, 2024**;
2) Counterclaim Plaintiffs' deadline to oppose any such motion to dismiss under Local Rule 7(d) or to file an amended pleading pursuant to Rule 15(a)(1)(B) shall be extended until **November 25, 2024**;
3) By entering this stipulation, PCF Holdco LLC does not waive and expressly reserves the right to assert the defense that the Court lacks personal jurisdiction over it.



Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

DATED this 4th day of October, 2024.

PAUL HASTINGS LLP

By: /s/ Bradley J. Bondi
Bradley J. Bondi (*Pro Hac Vice)*
/s/ John S. Darden
John S. Darden (*Pro Hac Vice)*
/s/ Neil J. Schumacher
Neil J. Schumacher (*Pro Hac Vice)*
/s/ Steven W. Shuldman
Steven W. Shuldman (*Pro Hac Vice)*

2050 M Street NW
Washington, DC 20036
Phone: (202) 551-1700
Facsimile: (202) 551-0201
bradbondi@paulhastings.com
jaydarden@paulhastings.com
neilschumacher@paulhastings.com
stevenshuldman@paulhastings.com

BYRNES KELLER CROMWELL

/s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
/s/ Josh Selig
Josh Selig, WSBA #39628
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com
jselig@byrneskeller.com

*Attorneys for Defendants/Counterclaim Plaintiffs James Fritts and RI Insurance Services, LLC and Counterclaim Plaintiff Chicken Dinner Inc.*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

By: *s/Bryn R. Pallesen*
Bryn R. Pallesen (WSBA No. 57714)
bryn.pallesen@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *s/Cliff C. Gardner*
Cliff C. Gardner (*Pro Hac Vice*)
Cliff.Gardner@skadden.com

By: *s/Paul J. Lockwood*
Paul J. Lockwood (*Pro Hac Vice*)
Paul.Lockwood@skadden.com

By: *s/Elisa M.C. Klein*
Elisa M.C. Klein (*Pro Hac Vice*)
Elisa.Klein@skadden.com

By: *s/Matthew P. Majarian*
Matthew P. Majarian (*Pro Hac Vice*)
Matthew.Majarian@skadden.com
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
Telephone: +1 302 651 3000
Facsimile: +1 302 651 3001

*Attorneys for Plaintiff/Counterclaim Defendant PCF Insurance Services of the West, LLC and Counterclaim Defendant PCF Holdco, LLC*

**~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION**

Based on the foregoing stipulation of the parties, and good cause appearing, the Court hereby GRANTS the Stipulated Motion. Counterclaim Defendants' deadline to answer, move, or otherwise respond to the Counterclaims shall be extended until **October 21, 2024**; Counterclaim Plaintiffs' deadline to oppose any motion to dismiss under Local Rule 7(d) or to amend its pleading under Rule 15(a)(1)(B) shall be extended until **November 25, 2024.**

**IT IS SO ORDERED.**

DATED: October 4, 2024

Hon. John C. Coughenour
United States District Judge



Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300