UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES FRITTS AND RI INSURANCE SERVICES, LLC,<br><br>　　　　Defendants.<br><br>　　-and-<br><br>JAMES FRITTS, RI INSURANCE SERVICES, LLC, a Washington limited liability company, and CHICKEN DINNER INC., a Washington corporation,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>PCF INSURANCE SERVICES OF THE WEST, LLC, a Delaware limited liability company; PCF HOLDCO, LLC, a Delaware limited liability company; JENNI LEE CROCKER, an individual; and JEFF HUTCHINS, an individual;<br><br>　　　　Counterclaim Defendants. | Case No. 2:23-cv-01468<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED COUNTERCLAIMS AND RESERVATION OF DEFENSES |

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED COUNTERCLAIMS AND RESERVATION OF DEFENSES
2:23-CV-01468

WHEREAS, on September 20, 2023, Plaintiff PCF Insurance Services of the West, LLC commenced this action by filing a Complaint (ECF No. 1) against Defendants James Fritts and RI Insurance Services, LLC;

WHEREAS, on April 26, 2024, Plaintiff filed its Second Amended Complaint (the "Amended Complaint") (ECF No. 57) against Defendants;

WHEREAS, on September 16, 2024, Defendants filed their Answer to Plaintiffs' Amended Complaint, including Counterclaim Plaintiffs James Fritts, RI Insurance Services, LLC and Chicken Dinner Inc.'s Counterclaims (the "Initial Counterclaims") against PCF Insurance Services of the West, LLC and PCF Holdco, LLC (ECF No. 109);

WHEREAS, on October 21, 2024, PCF Insurance Services of the West, LLC and PCF Holdco, LLC filed their Motion to Dismiss the Initial Counterclaims, including a defense on the basis of lack of personal jurisdiction, among others (ECF No. 115);

WHEREAS, on November 25, 2024, Defendants filed their Amended Answer to Plaintiff's Amended Complaint, including Counterclaim Plaintiffs' Amended Counterclaims (the "Amended Counterclaims") against Counterclaim Defendants PCF Insurance Services of the West, LLC, PCF Holdco, LLC, Jenni Lee Crocker, and Jeff Hutchins (ECF No. 119);

WHEREAS the Amended Counterclaims added for the first time as Counterclaim Defendants Jenni Lee Crocker and Jeff Hutchins;

WHEREAS counsel for the Counterclaim Plaintiffs and Counterclaim Defendants met and conferred regarding an appropriate schedule for responding to the Amended Counterclaims;

WHEREAS the Counterclaim Plaintiffs have already served jurisdictional discovery on PCF Holdco, LLC and they anticipate that any defense Counterclaim Defendants may have on the basis of personal jurisdiction may involve questions of fact;

WHEREAS the parties agree that it would best serve all of the parties' and the Court's interests to resolve issues of personal jurisdiction, if any, on a summary judgment posture;

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED COUNTERCLAIMS AND RESERVATION OF DEFENSES
2:23-CV-01468

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

WHEREAS, effective as of the Court's entry of this Stipulation and [Proposed] Order, Jenni Lee Crocker and Jeff Hutchins accept service of the Amended Counterclaims, while expressly reserving any and all defenses, objections or arguments, including related to personal jurisdiction;

WHEREAS, no party has previously requested or received time for an extension to answer or otherwise respond to the Amended Counterclaims;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Jenni Lee Crocker and Jeff Hutchins accept service of the Amended Counterclaims, while expressly reserving any and all defenses, objections or arguments, including related to personal jurisdiction.

2. The Counterclaim Defendants shall answer the Amended Counterclaims on or before December 16, 2024. The Counterclaim Defendants shall assert their defenses on the basis of lack of personal jurisdiction, if any, in their answer.

3. In the event Counterclaim Defendants file a Rule 12(c) motion on the Amended Counterclaims, they shall do so on or before December 16, 2024. Counterclaim Plaintiffs' opposition to any such motion shall be due on January 13, 2025. Counterclaim Defendants' reply shall be due on January 22, 2025.

4. Neither executing this Stipulation, participating in discovery nor failing to argue lack of personal jurisdiction in a Rule 12 motion shall constitute a waiver of the Counterclaim Defendants' right to argue lack of personal jurisdiction as a defense. Nothing in this Stipulation shall constitute a concession or admission by Counterclaim Plaintiffs regarding Counterclaim Defendants' potential arguments as to personal jurisdiction.

5. Nothing in this Stipulation shall prejudice the right of Counterclaim Plaintiffs to conduct additional jurisdictional discovery.

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED COUNTERCLAIMS AND RESERVATION OF DEFENSES
2:23-CV-01468

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

6. Nothing in this Stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

Respectfully submitted this 7th day of December, 2024.

DATED: December 7, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
mparris@orrick.com

By: *s/Bryn R. Pallesen*
Bryn R. Pallesen (WSBA No. 57714)
bryn.pallesen@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *s/Cliff C. Gardner*
Cliff C. Gardner (*Pro Hac Vice*)
Cliff.Gardner@skadden.com

By: *s/Paul J. Lockwood*
Paul J. Lockwood (*Pro Hac Vice*)
Paul.Lockwood@skadden.com

By: *s/Elisa M.C. Klein*
Elisa M.C. Klein (*Pro Hac Vice*)
Elisa.Klein@skadden.com

By: *s/Matthew P. Majarian*
Matthew P. Majarian (*Pro Hac Vice*)
Matthew.Majarian@skadden.com
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
Telephone: +1 302 651 3000
Facsimile: +1 302 651 3001

*Attorneys for Plaintiff / Counterclaim Defendant PCF Insurance Services of the West, LLC and Counterclaim Defendants PCF Holdco, LLC, Jenni Lee Crocker, and Jeff Hutchins*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED COUNTERCLAIMS AND RESERVATION OF DEFENSES
2:23-CV-01468

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

PAUL HASTINGS LLP

By: */s/ Bradley J. Bondi*
    Bradley J. Bondi (*Pro Hac Vice*)

*/s/ John S. Darden*
John S. Darden (*Pro Hac Vice*)

*/s/ Ronald K. Anguas*
Ronald K. Anguas (*Pro Hac Vice*)

*/s/ Neil J. Schumacher*
Neil J. Schumacher (*Pro Hac Vice*)

2050 M Street NW
Washington, DC 20036
Phone: (202) 551-1700
Facsimile: (202) 551-0201
bradbondi@paulhastings.com
jaydarden@paulhastings.com
neilschumacher@paulhastings.com
ronaldanguas@paulhastings.com

BYRNES KELLER CROMWELL

*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665

*/s/ Josh Selig*
Josh Selig, WSBA #39628

1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com
jselig@byrneskeller.com

*Attorneys for Defendants/Counterclaim Plaintiffs James Fritts and RI Insurance Services, LLC and Counterclaim Plaintiff Chicken Dinner Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER REGARDING RESPONSE TO AMENDED COUNTERCLAIMS AND RESERVATION OF DEFENSES
2:23-CV-01468

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

## [PROPOSED] ORDER GRANTING STIPULATED MOTION

Based on the foregoing stipulation of the parties, and good cause appearing, the Court hereby GRANTS the Stipulated Motion. Counterclaim Defendants' deadline to answer, move, or otherwise respond to the Amended Counterclaims shall be extended until **December 16, 2024.** In the event Counterclaim Defendants file a motion under Rule 12(c) on the Amended Counterclaims, Counterclaim Plaintiffs' deadline to oppose any such motion shall be due on **January 13, 2025**, and Counterclaim Defendants' Reply shall be due on **January 22, 2025**. Counterclaim Defendants have expressly reserved their right to argue a defense to the Court's exercise of personal jurisdiction over them, if any, on summary judgment, and they shall not be deemed to have waived that right by failing to raise that defense in a motion under Rule 12 or by participating in discovery.

**IT IS SO ORDERED.**

DATED:   December 9, 2024

_____
Hon. John C. Coughenour
United States District Judge

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING RESPONSE TO
AMENDED COUNTERCLAIMS AND
RESERVATION OF DEFENSES
2:23-CV-01468

- 6 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300