The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PCF INSURANCE SERVICES OF THE
WEST, LLC,

           Plaintiff,

    v.

JAMES FRITTS AND RI INSURANCE
SERVICES, LLC,

           Defendants.

    -and-

JAMES FRITTS, RI INSURANCE
SERVICES, LLC, a Washington limited
liability company, and CHICKEN DINNER
INC., a Washington corporation,

           Counterclaim Plaintiffs,

    v.

PCF INSURANCE SERVICES OF THE
WEST, LLC, a Delaware limited liability
company; PCF HOLDCO, LLC, a Delaware
limited liability company; JENNI LEE
CROCKER, an individual; and JEFF
HUTCHINS, an individual;

           Counterclaim Defendants.

Case No. 2:23-cv-01468

STIPULATED MOTION AND
[PROPOSED] ORDER REGARDING
CERTAIN DEADLINES AND
FORTHCOMING CROSS-MOTIONS
FOR SUMMARY JUDGMENT

WHEREAS, pursuant to the Civil Trial Scheduling Order entered by the Court in this action on January 22, 2024 (the "Scheduling Order," ECF No. 48), discovery must be completed by February 24, 2024;

WHEREAS, pursuant to the Scheduling Order, dispositive motions must be filed by March 25, 2025; and

WHEREAS, subject to the Court's approval, counsel for the parties have agreed to a brief extension of the discovery period solely to complete the targeted discovery specified below and have agreed upon certain procedures and deadlines governing briefing on anticipated motions for summary judgment.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1.  Defendants may take the deposition of Joseph Tejeda via videoconference on February 28, 2025 starting at 10:00 AM PST for a total of 5 hours on the record.

2.  Defendants may take the deposition of PwC on a date before March 3, 2025 that is mutually agreeable to the parties and PwC.

3.  The parties shall exchange opening expert reports, if any, on February 17, 2025.

4.  The parties shall exchange rebuttal expert reports, if any, on March 10, 2025.

5.  The parties shall complete expert depositions no later than March 24, 2025.

6.  The deadline to file any motion for summary judgment shall be extended by ten days to April 3, 2025.

7.  If any party files a motion for summary judgment, briefing on such motion shall comprise:

    a.  An opening brief containing no more than 14,000 words;

    b.  An answering brief, which must be filed no later than twenty-eight (28) days after filing of the opening brief, containing no more than 14,000 words; and

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING FORTHCOMING
CROSS-MOTIONS FOR SUMMARY
JUDGMENT – 2:23-CV-01468

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300

1

      c.   A reply brief, which must be filed no later than fourteen (14) days after filing of the answering brief, containing no more than 8,000 words.

2

3

8.     The parties may file any brief referenced in paragraph 7, *supra*, as well as any confidential exhibits filed therewith, under seal in the first instance.  Within five (5) days thereafter, the filing party or parties shall propose a public version of such brief to the non-filing party or parties, who shall then provide additional redactions, if any, within five (5) days thereafter.  The filing party shall then file a public version of the brief, containing all parties' proposed redactions, on the docket in the above-captioned action.

4

5

6

7

8

9

10

9.     Nothing in this Stipulation shall prejudice any party's ability to challenge the confidential treatment of any redacted portion of any brief referenced in paragraph 8, *supra*, by motion after the filing of such redacted public brief.

11

12

13

14

15     IT IS SO STIPULATED.

16

   DATED:  February 18, 2025         ORRICK, HERRINGTON & SUTCLIFFE LLP

17

18                          By:    *s/Mark S. Parris*
                                Mark S. Parris (WSBA No. 18370)
                                mparris@orrick.com

19

20                          By:    *s/Bryn R. Pallesen*
                                Bryn R. Pallesen (WSBA No. 57714)
                                bryn.pallesen@orrick.com

21                                  401 Union Street, Suite 3300
                                Seattle, WA  98101

22                                  Telephone:  +1 206 839 4300
                                Facsimile:  +1 206 839 4301

23

24

25

26

27

28   STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING FORTHCOMING           - 3 -
CROSS-MOTIONS FOR SUMMARY
JUDGMENT – 2:23-CV-01468

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     *s/Cliff C. Gardner*
    Cliff C. Gardner (*Pro Hac Vice*)
    Cliff.Gardner@skadden.com

By:     *s/Paul J. Lockwood*
    Paul J. Lockwood (*Pro Hac Vice*)
    Paul.Lockwood@skadden.com

By:     *s/Elisa M.C. Klein*
    Elisa M.C. Klein (*Pro Hac Vice*)
    Elisa.Klein@skadden.com

By:     *s/Matthew P. Majarian*
    Matthew P. Majarian (*Pro Hac Vice*)
    Matthew.Majarian@skadden.com
    One Rodney Square, 920 N. King Street
    Wilmington, DE 19801
    Telephone:  +1 302 651 3000
    Facsimile:  +1 302 651 3001

*Attorneys for Plaintiff / Counterclaim Defendant PCF Insurance Services of the West, LLC and Counterclaim Defendants PCF Holdco, LLC, Jenni Lee Crocker, and Jeff Hutchins*

PAUL HASTINGS LLP

By: */s/ Bradley J. Bondi*
    Bradley J. Bondi (*Pro Hac Vice*)
    bradbondi@paulhastings.com

    */s/ John S. Darden*
    John S. Darden (*Pro Hac Vice*)
    jaydarden@paulhastings.com

    */s/ Ronald K. Anguas*
    Ronald K. Anguas (*Pro Hac Vice*)
    ronaldanguas@paulhastings.com

    */s/ Neil J. Schumacher*
    Neil J. Schumacher (*Pro Hac Vice*)
    neilschumacher@paulhastings.com
    2050 M Street NW
    Washington, DC 20036
    Phone: (202) 551-1700
    Facsimile: (202) 551-0201

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BYRNES KELLER CROMWELL

*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665
bkeller@byrneskeller.com

*/s/ Josh Selig*
Josh Selig, WSBA #39628
jselig@byrneskeller.com
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendants/Counterclaim Plaintiffs*
*James Fritts and RI Insurance Services, LLC and*
*Counterclaim Plaintiff Chicken Dinner Inc.*

## ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED: February 19, 2025

The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED]
ORDER REGARDING FORTHCOMING
CROSS-MOTIONS FOR SUMMARY
JUDGMENT – 2:23-CV-01468

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101
+1 206 839 4300