The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FRITTS, RI INSURANCE SERVICES LLC,<br><br>Defendants.<br><br>-and-<br><br>JAMES FRITTS, RI INSURANCE SERVICES, LLC, a Washington limited liability company, and CHICKEN DINNER INC., a Washington corporation,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>PCF INSURANCE SERVICES OF THE WEST, LLC, a Delaware limited liability company; PCF HOLDCO, LLC, a Delaware limited liability company;<br><br>Counterclaim Defendants. | CASE NO. 23-cv-01468 JCC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL<br><br>Noted for: February 25, 2025 |

The Court, having received and reviewed Plaintiff's Motion to Seal (the "Motion") and all materials sought to be sealed,

HEREBY FINDS, CONCLUDES, and ORDERS that:

Plaintiff's Motion to Seal is therefore GRANTED. Plaintiff's Exhibits A and C to the Declaration of Elisa M.C. Klein submitted in support of Plaintiff's Second Motion to Compel shall be maintained under seal.

IT IS SO ORDERED.

Dated: February 26, 2025

*[signature: John C. Coughenour]*

The Honorable John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Mark S. Parris*
    Mark S. Parris (WSBA No. 13870)
    mparris@orrick.com
    Bryn R. Pallesen (WSBA No. 57714)
    bryn.pallesen@orrick.com
    401 Union Street, Suite 3300
    Seattle, WA 98101
    Telephone: +1 206 839 4300
    Facsimile: +1 206 839 4301

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *s/Cliff C. Gardner*
    Cliff C. Gardner (*Pro Hac Vice*)
    cliff.gardner@skadden.com
    Paul J. Lockwood (*Pro Hac Vice*)
    paul.lockwood@skadden.com
    Elisa M.C. Klein (*Pro Hac Vice*)
    elisa.klein@skadden.com
    Matthew P. Majarian (*Pro Hac Vice*)
    matthew.majarian@skadden.com
    One Rodney Square
    920 N. King Street
    Wilmington, DE 19801
    Telephone: +1 302 651 3000
    Facsimile: +1 302 651 3001

*Attorneys for Plaintiff PCF Insurance Services of the West, LLC*