THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PCF INSURANCE SERVICES OF THE WEST, LLC, | CASE NO. C23-1468-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES FRITTS and RI INSURANCE SERVICES, LLC, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties inform the Court that they have reached a settlement to resolve the action. (Dkt. No. 164.) Accordingly, the bench trial set for June 23, 2025, as well as all related deadlines and pending motions, shall be VACATED. The parties are ORDERED to file a stipulation of dismissal within thirty (30) days.

DATED this 27th day of March 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-1468-JCC
PAGE - 1